IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHAROL A. ARANDA, | |
| Petitioner, | Case No. CV 09-369-S-BLW |
| v. | **ORDER** |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | |
| Respondent. | |

On July 29, 2009, Petitioner applied for in forma pauperis status and filed her Petition for Review (Docket Nos. 1 & 2). The next day, the matter was assigned to Magistrate Judge Ronald E. Bush. On August 11, 2009, the Court granted Petitioner's in forma pauperis request (Docket No. 6). Within the August 11, 2009 Order, the Court stated that "Petitioner shall be responsible for serving the Petition for Review upon the Respondent." (See Aug. 11, 2009 Order, p. 2, Docket No. 6.) Petitioner failed to do so.

On April 7, 2010, Magistrate Judge Bush issued a Notice and Order, stating: "If Petitioner takes no further action in this case on or before April 28, 2010, the Court will dismiss this action for failure to prosecute." (See April 7, 2010 Notice

**Order - 1**

and Order, Docket No. 7.)  Again, Petitioner did nothing.

Because Magistrate Judge Bush determined that he may not have jurisdiction to dismiss this action, he ordered that the case be reassigned to a United States District Judge for further action. The matter is now before the undersigned. Because Petitioner failed to take any action in this case on or before April 28, 2010 as ordered by the Court, the Court will dismiss this action for failure to prosecute.

## ORDER

NOW THEREFORE IT IS HEREBY ORDERED that Petitioner's claims be DISMISSED and that this case be DISMISSED IN ITS ENTIRETY.  The Court will enter a separate Judgment pursuant to Fed. R. Civ. P. 58.

DATED:  **June 28, 2010**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

Order - 2